DORA WISZNIOWSKI, as Administratrix, etc., of WILLIAM WISZNIOWSKI, Deceased, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent,

— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an action to recover double indemnity on two life insurance policies. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.